IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | No. 05-CV-1773 |
| v. | : | |
| | : | |
| MICHAEL L. SCHWARTZWALD | : | |
| | : | |
| Defendant | : | |

## NOTICE OF DISMISSAL

TO THE CLERK:

Pursuant to Fed.R.Civ.P. 41(a)(1), no answer or responsive pleading having been filed by defendant, plaintiff AAMCO Transmissions, Inc., of its own action, hereby discontinues this action and dismisses the complaint with prejudice.

Dated: May 2, 2005                                  _____

Karen A. von Dreusche
Suite 300
One Presidential Boulevard
Bala Cynwyd, PA  19004
(610) 668-2900